UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NIKISHA LENOIR and DONTE CASEY, individuals, | No. 2:20-cv-01617-MCE-AC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO SET ASIDE DEFAULT PURSUANT TO FED. R. CIV. P. 55(C)** |
| FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Having considered the Motion of Defendant FCA US LLC ("FCA") to set aside the default taken against it by Plaintiffs, given Plaintiff's Notice of Non Opposition (ECF No. 10) thereto, and good cause appearing, Defendant's Motion to Set Aside Entry of Default (ECF No. 8) GRANTED.

FCA is directed to file an answer or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure not later than thirty (30) days after the date this Order is electronically filed.

IT IS SO ORDERED.

DATED: April 12, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1