DAVID N. BARRY, ESQ. (SBN 219230)
ELIZABETH QUINN, ESQ. (SBN 208919)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, NIKISHA LENOIR and DONTE CASEY

SCOTT SHEPARDSON, ESQ. (SBN 197446)
STEPHEN GRIMSRUD, ESQ. (SBN 200153)
ONGARO, PC
1604 Union Street
San Francisco, CA 94123
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

Attorneys for Defendant, FCA US, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKISHA LENOIR, an individual, and DONTE CASEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01617-MCE-AC<br><br>(Removed from Yolo County Superior Court – Case No. CVCV-20-899, by Defendant on August 12, 2020)<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS CASE IN ITS ENTIRETY**<br><br>**Action Filed: June 24, 2020**<br><br>**THE HON. MORRISON C. ENGLAND, JR.** |

///

///

-1-
ORDER RE: JOINT STIPULATION TO DISMISS CASE IN ITS ENTIRETY

The Joint Stipulation for Dismissal, ECF No. 23, is APPROVED.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action, including all claims stated herein against all parties, is hereby DISMISSED with prejudice.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:    February 27, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE